IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERALD L. KUBIK, | ) | 4:09CV3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DANIEL P. BRACHT, ROBERT B. ENSZ, and MERNA RECKER, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Set Aside Void Judgment, Clarification, Reconsideration and Rehearing regarding Judgment, which the court liberally construes as a Motion for Relief from Judgment pursuant to Federal Rule of Civil Procedure Rule 60(b). (Filing 27.) Plaintiff seeks relief from the court's September 22, 2009, Memorandum and Order that dismissed Plaintiff's claims against Defendant Ensz with prejudice and claims against Defendants Bracht and Recker without prejudice. The court has reviewed the record and finds that Plaintiff is not entitled to relief from judgment.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Relief from Judgment (filing no. 27) is denied.

DATED this 18th day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge